■ In the Matter of COREY MOBLEY, Petitioner, v SUPERINTENDENT SHEAHAN, Five Points Correctional Facility, Respondent. [26 NYS3d 896]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered June 15, 2015) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.